UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL TOLIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:14-cv-01840-JMS-DML |
| ) | |
| BROAD RIPPLE VILLAGE ASSOCIATION, ) | |
| INDIANAPOLIS METROPOLITAN POLICE ) | |
| DEPARTMENT, ) | |
| INDIANAPOLIS DEPARTMENT OF ) | |
| PUBLIC SAFETY - DIVISION OF ) | |
| HOMELAND SECURITY, ) | |
| TRI ENTERTAINMENT CORPORATION ) | |
| doing business as LANDSHARKS, ) | |
| NYX NIGHTCLUB, ) | |
| LATITUDE 39 GROUP, LLC, ) | |
| CITY OF INDIANAPOLIS, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On January 15, 2015, Plaintiff filed a Second Amended Complaint in this action. [Filing No. 24]. That pleading asserts claims against multiple defendants, including Defendant Latitude 39 Group, LLC ("Latitude"). On February 17, 2015, Joshua Cossey attempted to file an Answer to Plaintiff's Amended Complaint, [Filing No. 19], which is no longer the operative complaint in this litigation. Mr. Cossey has not entered an appearance on behalf of Latitude, and it is unclear if he is a licensed attorney.[1] [Filing No. 35 at 6 (identifying him as "General Counsel & Senior VP"

---

[1] Mr. Cossey signs the pleading on behalf of "Latitude 360, Inc.", not "Latitude 39 Group, LLC"—the defendant named in the Second Amended Complaint. [Filing No. 35 at 6.] If Mr. Cossey is a licensed attorney and later properly appears on behalf of Latitude, he should consult with Plaintiff's counsel to see if they can agree on Latitude's legal name for purposes of this lawsuit. If they agree that Latitude's name as it currently appears on the docket should be modified, they should file a Joint Notice of Party Name Change.

but with no attorney number of state of licensure]; *see* Local Rule 83-5 (Bar Admission requirement). Latitude cannot litigate on its own behalf. *See [United States v. Hagerman](#), 545 F.3d 579, 581-82 (7th Cir. 2008)* (holding that limited liability companies, like corporations, cannot represent themselves *pro se* in litigation).

For these reasons, the Court **STRIKES** Latitude's Answer. [[Filing No. 35](#).] If Mr. Cossey is an attorney licensed to practice before this Court, he should file a Notice of Appearance on behalf of Latitude and then file an Answer to the Second Amended Complaint, [[Filing No. 24](#)], on Latitude's behalf. If Mr. Cossey is an attorney but is not a member of the bar of this Court, he should move for *pro hac vice* admission on behalf of Latitude pursuant to Local Rule 83-6 if he meets the requirements to do so.

02/19/2015

*[signature: Jane E. Magnus-Stinson]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via US Mail:**

Joshua A. Cossey
6022 San Jose Blvd.
Jacksonville, FL 32246

**Electronic Distribution via CM/ECF:**

Michael S. Walsh
msw@mwalshprofcorp.com

Peter G Gundy
pggundy@gmail.com

Lauren Elizabeth Berger
BIESECKER DUTKANYCH & MACER LLC
lberger@bdlegal.com

Andrew Dutkanych, III
BIESECKER DUTKANYCH & MACER LLC
ad@bdlegal.com

Erin A. Clancy
KIGHTLINGER & GRAY
eclancy@k-glaw.com

R. Eric Sanders
KIGHTLINGER & GRAY
esanders@k-glaw.com

Richard Alan Young
KIGHTLINGER & GRAY
ryoung@k-glaw.com

Andrew J. Upchurch
OFFICE OF CORPORATION COUNSEL
andrew.upchurch@indy.gov

Beth Ann Garrison
OFFICE OF CORPORATION COUNSEL
beth.garrison@indy.gov

Amanda J. Dinges
OFFICE OF CORPORATION COUNSEL
amanda.dinges@indy.gov